IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Plaintiff
405 Lexington Avenue, 7th Floor
New York, New York 10174
(212) 695-5250

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 9 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

KOSHER SPORTS, INC.,                      :        Civ.

                          Plaintiff,      :    CV10- 2618

              - against -                 :    RULE 7.1 STATEMENT

QUEENS BALLPARK COMPANY, LLC,             :    WEINSTEIN, J.

                          Defendant.      :    CARTER, M.J.

------------------------------------x

          Pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, the undersigned attorney of record certifies that

defendants have no parent corporation and no publicly held

corporation owns 10% or more of their stock.

Dated:  New York, New York
        June 7, 2010

                              IRA DANIEL TOKAYER, ESQ. (IT-4734)
                              Attorney for Plaintiff
                              405 Lexington Avenue, 7th Floor
                              New York, New York 10174
                              (212) 695-5250