Avery S. Mehlman
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Phone: (212) 592-1400
amehlman@herrick.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
KOSHER SPORTS, INC.,                  :    Case No.: CV-10-2618 (JBW)(ALC)
:
           Plaintiff,    :    **NOTICE OF APPEARANCE**
:
   -against-                         :
:
QUEENS BALLPARK COMPANY, LLC,         :
:
           Defendant.    :
:
------------------------------------- x

    PLEASE TAKE NOTICE that Avery S. Mehlman of the law firm Herrick, Feinstein LLP, hereby appears in this action as counsel for defendant Queens Ballpark Company, LLC, in the above-captioned action, and certifies that he is admitted to practice in this Court, and request that all notice given or required to be given in this action, and all papers served or required to be served in this action be given to and served upon the undersigned at the below address.

Dated: New York, New York
       June 28, 2010

                                       HERRICK, FEINSTEIN LLP

                            By: ___/s/ Avery S. Mehlman___
                               Avery S. Mehlman
                               2 Park Avenue
                               New York, NY 10016
                               (212) 592-1400 (Phone)
                               amehlman@herrick.com
                               *Attorneys for Defendant Queens Ballpark Company, LLC*

HF 5899811v.1 #02622/0000