UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **AUG 1 3 2010** ★

**BROOKLYN OFFICE**

KOSHER SPORTS, INC.,

      Plaintiff,

  – against –

QUEENS BALLPARK COMPANY LLC,

      Defendant.

**ORDER**

10-CV-2618

---

**JACK B. WEINSTEIN, Senior United States District Judge:**

    The parties are directed to try to agree on the form of an order carrying out the court's

oral injunction issued on the record at today's hearing.  If they cannot agree, they shall promptly

submit separate proposed forms of order.

    Any form of order submitted shall include the following language:

> This order does not preclude any non-corporate individual, in his or
> her individual capacity, from expressing an opinion as to what is
> permitted or appropriate under Jewish law.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  August 13, 2010
       Brooklyn, New York