IRA DANIEL TOKAYER, ESQ.
The Chrysler Building
405 Lexington Avenue
7th Floor
New York NY 10174
(212) 695-5250
F: (212) 695-5250

December 1, 2010

Hon. Magistrate Judge Andrew L. Carter, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Kosher Sports, Inc. v. Queens Ballpark Company, L.L.C.,
     <u>CV-10-2618 (JBW) (ALC)</u>

Hon. Magistrate Judge Carter:

  I am the attorney for Kosher Sports, Inc., the plaintiff in this action. I submit this Joint Status Report in accordance with the Court's direction at the Initial Conference held on November 15, 2010, in connection with an issue concerning defendant's electronic document extraction. I am pleased to report that the parties have resolved their differences and defendant has agreed to perform the extraction in accordance with the terms of the attachment to an e-mail from me to Avery Mehlman, Esq., dated December 1, 2010, 10:56 a.m., the details of which we do not believe we need to burden the Court with at this time.

  Of course, the parties are available to discuss this and any other matter with the Court at its convenience.

               Very truly yours,

               /s/
               Ira Daniel Tokayer

cc: Avery S. Mehlman, Esq.

Magistrate Ltr 01.wpd