UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KOSHER SPORTS, INC.,

                     Plaintiff,                    <u>ORDER</u>

       -against-                        10-CV-2618 (JBW)

QUEENS BALLPARK COMPANY, LLC,

                     Defendant.
-------------------------------------------------------------------x

      As a result of a cancellation in the Court's schedule, the May 20th settlement conference is advanced from 11:30 a.m. to 10:00 a.m.

      SO ORDERED.

Dated:    Brooklyn, New York
            April 7, 2011

                                         ROANNE L. MANN
                                         UNITED STATES MAGISTRATE JUDGE