UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KOSHER SPORTS, INC.,

                    Plaintiff,                **ORDER TO SHOW CAUSE**

      -against-                        10-CV-2618 (JBW)

QUEENS BALLPARK COMPANY, LLC,

                    Defendant.
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Currently pending before this Court, on a referral from the Honorable Jack B. Weinstein, is a motion filed by plaintiff Kosher Sports, Inc. ("KSI"), on April 15, 2011, for an order of contempt against defendant Queens Ballpark Corporation, LLC ("QBC"). QBC is directed to show cause, in writing, by April 21, 2011, why the relief requested should not be granted.

      SO ORDERED.

Dated:    Brooklyn, New York
            April 18, 2011

                                              ROANNE L. MANN
                                              UNITED STATES MAGISTRATE JUDGE