ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 20, 2011  
START: 10:00 a.m.  
END: 2:00 pm.

DOCKET NO: 10-CV-2618 (JBW)

CASE: Kosher Sports, Inc. v. Queens Ballpark Company, LLC

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
✓ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Ira D. Tokayer & Leo Klein w/ Jonathan Katz (client)

FOR DEFENDANT: Avery Mehlman & John Adler w/ James Denniston (client)

___ DISCOVERY TO BE COMPLETED BY _____  
___ NEXT _____ CONFERENCE SCHEDULED FOR _____  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
___ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court presides over a confidential settlement proceeding. The parties shall respond to the Court's settlement proposal by May 23, 2011 at noon.