UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KOSHER SPORTS, INC.,

                      Plaintiff,                    <u>ORDER</u>

       -against-                     10-CV-2618 (JBW)

QUEENS BALLPARK COMPANY, LLC,

                      Defendant.
----------------------------------------------------------------x

      Tomorrow's evidentiary contempt hearing is adjourned *sine die*. The Court will instead hear oral argument tomorrow at 9:30 a.m., on defendant's motion for sanctions (docket entry #64). Clients shall be present in court.

      **SO ORDERED.**

Dated:    Brooklyn, New York
             June 6, 2011

                                                  **ROANNE L. MANN**
                                                  **UNITED STATES MAGISTRATE JUDGE**