**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: 6/7/11  
START: 9:30 a.m.  
END: 2:20 pm

**DOCKET NO:** 10-CV-2618 (JBW)

**CASE:** Kosher Sports, Inc. v. Queens Ballpark Company, LLC

___ INITIAL CONFERENCE  
✓ DISCOVERY CONFERENCE  
✓ SETTLEMENT CONFERENCE  
✓ ORAL ARGUMENT/OTHER  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

**FOR PLAINTIFF:** Ira Tokayer + Leo Klein w/ client Jonathan Katz  
John Horan (counsel to π/c)

**FOR DEFENDANT:** Avery Mehlman + Jonathan Adler w/ James Denniston (in-house counsel)

___ DISCOVERY TO BE COMPLETED BY _____  
___ NEXT _____ CONFERENCE SCHEDULED FOR _____  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court hears argument on the defense motion for sanctions, which is taken under advisement.

The evidentiary hearing on plaintiff's contempt motion is rescheduled for June 28, 2011, at 9:00 a.m. By June 24, 2011, at 4:00 p.m., the parties shall exchange witness and exhibit lists and premarked copies of exhibits, with courtesy copies to the Court.

The parties are encouraged to engage in settlement discussions.