Page 333

1

2       UNITED STATES DISTRICT COURT

        SOUTHERN DISTRICT OF NEW YORK

3       CASE NO.: CV-10-2618 (JBW) (RLM)

        --------------------------------x

4       KOSHER SPORTS, INC.,

5                         Plaintiff,

6           -against-

7

        QUEENS BALLPARK COMPANY, LLC,

8

9                         Defendant.

10      --------------------------------x

11                         June 20, 2011

                           10:45 a.m.

12

13

14          CONTINUED DEPOSITION of JONATHAN KATZ,

15      taken by Defendants, held at the offices of

16      Herrick Feinstein, LLP, 2 Park Avenue, New York,

17      New York, before Eileen Mulvenna, CSR/RMR,

18      Certified Shorthand Reporter, Registered Merit

19      Reporter and Notary Public of the State of New

20      York.

21

22

23

24

25

Page 334

```
 1
 2        A P P E A R A N C E S:
 3
 4
              IRA DANIEL TOKAYER, ESQUIRE
 5        Attorneys for Plaintiff
                  405 Lexington Avenue
 6            New York, New York   10174
              imtoke@mindspring.com
 7
 8
 9        HERRICK FEINSTEIN, LLP
          Attorneys for Defendant
10                2 Park Avenue
              New York, New York   10016
11        BY:   AVERY S. MEHLMAN, ESQ.
              amehlman@herrick.com
12            JONATHAN L. ADLER, ESQS.
              jadler@herrick.com
13
14
15        A L S O   P R E S E N T:
16            LEO N. KLEIN, Esq.
17
18
19
20
21
22
23
24
25
```

Page 335

```
 1                      JONATHAN KATZ
 2     JONATHAN KATZ,
 3             having been duly affirmed by Eileen Mulvenna,
 4             a Notary Public of the State of New York,
 5             was examined and testified as follows:
 6     EXAMINATION
 7     BY MR. MEHLMAN:
 8          Q.     Prior to coming here this morning,
 9     did you prepare in any way for today's
10     deposition?
11          A.     I've listened to the tape.
12          Q.     Have you listened to both tapes?
13          A.     Yes.
14          Q.     And you've listened to all of
15     them -- in their entirety?
16          A.     Yes.
17          Q.     When was the last time you listened
18     to both tapes in their entirety?
19          A.     It was within the last week.
20          Q.     Did you prepare any transcripts with
21     regard to the tapes, additional transcripts,
22     other than the ones that have already been turned
23     over?
24               MR. TOKAYER:  Objection as to form.
25               You can answer.
```

Page 346

```
 1                    JONATHAN KATZ
 2            MR. TOKAYER:  I should have objected
 3        at the time to that question as well.
 4            MR. MEHLMAN:  Just note that we
 5        don't believe it's a proper objection in
 6        light of the situations that are at hand in
 7        this matter.
 8            MR. TOKAYER:  I also object to the
 9        form of the question as asked and answered,
10        if that's what you're getting at.
11   BY MR. MEHLMAN:
12        Q.    By the way, Mr. Katz, during the
13   break you just had outside, did you have a
14   conversation with your attorney regarding
15   answering the questions as to when you informed
16   counsel of the taped conversations?
17            MR. TOKAYER:  I'm not going to let
18        him answer that question as well.
19        Q.    Have you taped any of the
20   conversations between yourself and Aramark other
21   than these two conversations; the January 6,
22   2011, conversation and the April 6, 2011,
23   conversation?
24        A.    I have taped conversations before,
25   yes.
```

Page 347

1                    JONATHAN KATZ

2          Q.     What dates were those conversations

3     from?

4          A.     I have no idea.  They're over the

5     course of eight years.

6          Q.     Where are those taped conversations

7     now?

8          A.     Erased.  There's just operational

9     conversations, normal business practice of going

10    to a meeting and trying to remember a 50-minute

11    conversation.

12         Q.     So you routinely tape conversations

13    between yourself and Aramark; is that your

14    testimony?

15               MR. TOKAYER:  Objection as to form.

16         A.     I tape meetings just for

17    operational -- to go back and refer for

18    operational purposes.

19         Q.     And it's your testimony that you

20    have other taped conversations between yourself

21    and Aramark?

22               MR. TOKAYER:  Objection as to form.

23         A.     I said I've taped other

24    conversations.

25         Q.     And they've all been -- other than

Page 348

```
 1                    JONATHAN KATZ
 2     the January 6 and the April 6 conversation,
 3     they've all been erased?
 4          A.     Yes, they were from the season
 5     prior -- seasons prior.
 6          Q.     Did you have any transcripts or any
 7     notes regarding those conversations?
 8          A.     No.
 9          Q.     Did you ever tape conversations
10     between yourself and QBC?
11          A.     No.
12          Q.     Now, when you met with Mr. Gray and
13     Mr. Kleckner -- first initially Mr. Gray, then
14     Mr. Kleckner came in, on January 6, 2011, that
15     was initially an operational meeting; is that
16     correct?
17          A.     Yes.
18          Q.     But that wasn't the purpose of you
19     going into that meeting, was it?
20               MR. TOKAYER:   Objection as to form.
21          A.     Yes, it was.
22          Q.     You weren't going to go into that
23     meeting to discuss your ability to operate on
24     Friday and Saturday?
25          A.     The meeting was called by Mr. Gray
```

Page 385

1                    JONATHAN KATZ

2   BY MR. MEHLMAN:

3        Q.     When was the next time you stated

4   that you were going to be open and Friday and

5   Saturday between January 6 and April 6 --

6   January 6 and opening day?

7                    MR. KLEIN:  With who?

8                    MR. MEHLMAN:  With Aramark.

9        A.     The last -- the next conversation

10  was April 6.

11       Q.     So once again, despite your

12  intention that you were going to open on Friday

13  and Saturday, you did not have another

14  conversation about your operations on Friday and

15  Saturday until April 6, just two days before the

16  home opener; is that correct?

17                   MR. TOKAYER:  Objection.

18       A.     That's correct.

19                   MR. TOKAYER:  The witness is

20           indicating he needs to take a break.

21                   MR. MEHLMAN:  Okay.

22                   (Recess from the record.)

23  BY MR. MEHLMAN:

24       Q.     You testified earlier that you taped

25  other operational conversations with Aramark

Page 386

1                      JONATHAN KATZ

2     other than the April 6th -- I'm sorry -- other

3     than the January 6 and the April 6, 2011,

4     conversations; is that correct?

5                  MR. TOKAYER:  Objection as to form.

6                  April 6 was not an operational

7            meeting.

8                  MR. MEHLMAN:  I'm sorry.

9     BY MR. MEHLMAN:

10           Q.     Other than the January -- other than

11    the January 6, 2011, operational meeting, you

12    testified earlier that you had taped other

13    operational -- other operational meetings with

14    Aramark; is that correct?

15                 MR. TOKAYER:  His testimony speaks

16           for itself.

17           Q.     When was the first operational

18    meeting with Aramark that you taped that you can

19    remember prior to January 6, 2011?

20           A.     I don't remember.

21           Q.     When you taped these operational

22    meetings, did you put your recording device on

23    the table or did you keep it in your pocket and

24    do it secretively?

25                 MR. TOKAYER:  Objection as to form.

Page 387

JONATHAN KATZ

1

2      A.      It was in my pocket.

3      Q.      Did the other people that you had

4  the meeting with know that you were taping the

5  conversation, as far as you know?

6      A.      No.

7      Q.      Did you have these -- did you tape

8  any operational conversations with Aramark during

9  the 2010 season?

10      A.      I think I did, yes.

11      Q.      Do you remember when -- the first

12  one you taped during the 2010 season?

13          MR. TOKAYER:  Objection as to form.

14      A.      There's one operational meeting

15  before the season.  So if I taped one, it must

16  have been that one; but I don't know the date and

17  I don't know the substance of it.

18      Q.      Prior to the 2010 season, you had an

19  operational meeting with Aramark that you taped

20  without their knowledge; is that correct?

21      A.      Yes.

22      Q.      And did you tape any other either

23  operational meetings or conversations with

24  Aramark during the 2010 season or leading up to

25  the 2010 season?

Page 388

1          JONATHAN KATZ

2               MR. TOKAYER:  I'm sorry, can I just

3          hear it back.

4               (Record read by Reporter as follows:

5               "QUESTION:  And did you tape any

6          other either operational meetings or

7          conversations with Aramark during the 2010

8          season or leading up to the 2010 season?")

9          A.    I don't think so.

10         Q.    So when you testified earlier that

11    you had taped other operational meetings, you

12    were just referring to that one prior to the 2010

13    season; is that correct?

14         A.    No.

15         Q.    What other conversations, whether

16    meetings or by telephone, other than the

17    January 6 and April 6, 2011, meeting and

18    conversation did you tape?

19         A.    There were other operational

20    meetings at other venues.

21         Q.    Now, so you only taped -- other than

22    the January 6, 2011, you only taped one

23    operational meeting with Aramark referencing Citi

24    Field; is that your testimony?

25               THE WITNESS:  Can you repeat that

Page 389

1                  JONATHAN KATZ

2          question.

3                  (Record read by Reporter as follows:

4                  "QUESTION:   Now, so you only

5          taped -- other than the January 6, 2011,

6          you only taped one operational meeting with

7          Aramark referencing Citi Field; is that

8          your testimony?")

9     BY MR. MEHLMAN:

10         Q.    Other than the January 6, 2011,

11    operational meeting, you only taped one

12    additional operational meeting with Aramark

13    referencing Citi Field?

14         A.    I might have taped the one before

15    the 2009 season, but I don't recall.

16         Q.    The operational meeting that you

17    taped prior to the 2010 season, where is that --

18    where are the contents of that conversation

19    today?

20         A.    They don't exist anymore.  They were

21    deleted.

22         Q.    When were they deleted?

23         A.    I have no idea.

24         Q.    Were they deleted sometime in 2010?

25                MR. KLEIN:  He answered the

1                    JONATHAN KATZ

2          question.  He has no idea.

3          A.    I have no idea.

4          Q.    You deleted the conversation?  The

5     2010 operational meeting, you deleted that?

6          A.    Yes.

7          Q.    And you deleted it right after it

8     took place or did you leave it -- its content in

9     place for a certain period of time?

10         A.    I don't remember.

11         Q.    So it's your testimony that you

12    don't remember when you deleted that

13    conversation; is that correct?

14              MR. TOKAYER:  Objection as to form.

15         A.    You're asking me to remember a

16    conversation I had over a year and a half ago and

17    find out when I deleted it?

18         Q.    Yes.

19         A.    I have no clue.  And I don't think

20    you would know, either.

21         Q.    You remembered conversations you had

22    with Mr. Stengel back in 2009, didn't you?  You

23    testified to that in your deposition earlier.

24         A.    Yes.  Those are a little more

25    important than an operational meeting in 2010

Page 391

1                          JONATHAN KATZ

2     going over aprons and menus and how food is going

3     to get up to the stands.  I think negotiating a

4     contract is a little more crystal clear than an

5     operational meeting would be.

6              Q.      Before or after this lawsuit was

7     commenced, did you inform your counsel about the

8     existence of the 2010 operational meeting?

9                      MR. TOKAYER:  Objection.

10                     Direct you not to answer.

11                     (Discussion off the record.)

12    BY MR. MEHLMAN:

13             Q.      Do you know if you destroyed the

14    contents of that conversation before or after you

15    commenced the 2010 lawsuit against QBC?

16                     MR. TOKAYER:  Objection as to form.

17             A.      I have no idea.

18             Q.      The next question is, did you inform

19    your counsel about the existence of the 2010

20    recording?

21                     MR. TOKAYER:  Objection.

22                     Direct him not to answer.

23                     MR. MEHLMAN:  Mark that for a

24        court's ruling.  Thank you.

25    RULING CONTEMPLATED:

Page 392

                    JONATHAN KATZ

1

2           (Discussion off the record.)

3           MR. TOKAYER:  Give me one second.

4           MR. MEHLMAN:  I'm just letting you

5    know now, under the law, federal law,

6    you're going to go out and have a

7    discussion with your client now, I'm

8    entitled to ask him about that discussion.

9           It is not -- it is not in any way

10   privileged if it's regarding the pending

11   deposition and the questions that are being

12   asked.  That's not me.  That's the federal

13   law.

14          MR. KLEIN:  Mark it for a ruling.

15          MR. TOKAYER:  Show me an authority

16   for that.

17          MR. MEHLMAN:  I'm surprised you

18   don't know, you know the authority for a

19   lot of other things.  It's pretty clear.

20   And I'm going to be asking him those

21   questions so know that now.

22          MR. KLEIN:  You can wait here.

23          (Mr. Tokayer and Mr. Klein leave the

24   room.)

25          MR. KLEIN:  Jonathan, come here.

Page 393

1              JONATHAN KATZ

2              (The witness leaves the room.)

3              MR. TOKAYER:  Read the last couple

4       of questions back about --

5              MR. KLEIN:  Can you read the last

6       few questions back so we can decide on

7       whether or not we want to make our

8       objection.

9                  (Record read by Reporter as follows:

10                 "QUESTION:  Do you know if you

11      destroyed the contents of that conversation

12      before or after you commenced the 2010

13      lawsuit against QBC?")

14                 MR. TOKAYER:  Is there an objection

15      to that?

16                 THE REPORTER:  Yes.

17                 (Record read by Reporter as follows:

18                 "MR. TOKAYER:  Objection as to form.

19                 "ANSWER:  I have no idea.

20                 "QUESTION:  The next question is,

21      did you inform your counsel about the

22      existence of the 2010 recording?")

23      BY MR. MEHLMAN:

24              Q.    By the way, your counsel from the

25      commencement of this matter is Mr. Tokayer; is

Page 394

1                      JONATHAN KATZ

2      that correct?   That's your attorney?

3              A.      Yes.

4              Q.      And you also are counsel --

5              MR. TOKAYER:  Before you go there,

6          now having heard the question back, there

7          was a confusing question.  I did object to

8          the form, but Mr. Katz would like to

9          clarify his answer --

10             MR. KLEIN:  Go two questions back.

11             MR. MEHLMAN:  Before Mr. Katz

12         clarifies his answer --

13     BY MR. MEHLMAN:

14             Q.      Mr. Katz, did you have a

15     conversation outside the deposition room just

16     moments ago with your attorneys?

17             MR. KLEIN:  Objection.

18             MR. TOKAYER:  I'm going to direct

19         him not to answer that question.

20             I did ask him to review his

21         testimony in response to a particular

22         question.  The court reporter has been kind

23         enough to reread that question.  Mr. Katz

24         has heard it.  Now that he's heard it, he

25         wishes to clarify his answer.

Page 395

1              JONATHAN KATZ
2              MR. MEHLMAN:  Let me ask a follow-up
3         question before he's able to clarify his
4         answer.
5    BY MR. MEHLMAN:
6         Q.    Did you have a conversation with
7    your attorney outside the deposition room just
8    moments ago, Mr. Katz?
9              MR. TOKAYER:  I've already directed
10        him not to answer that question.  And now
11        I'm objecting because it's been asked and
12        answered.
13        Q.    Mr. Katz --
14             MR. TOKAYER:  Or asked and objected
15        to.
16        Q.    Mr. Katz, what did you discuss with
17   your attorney outside of the deposition room just
18   moments ago while there was -- during the course
19   of this deposition?
20             MR. SWEDLOW:  I object.
21             Direct you not to answer.
22             I will tell you that I directed his
23        attention to a particular question.  And we
24        had that question read back.  And now he
25        would like to clarify his answer.

Page 396

1                    JONATHAN KATZ

2          Q.      Please clarify your answer,

3    Mr. Katz.

4                    MR. KLEIN:   Two questions back.

5                    (Discussion held off the record.)

6                    (Record read by Reporter as follows:

7                    "QUESTION:   Do you know if you

8             destroyed the contents of that conversation

9             before or after you commenced the 2010

10            lawsuit against QBC?

11                   "MR. TOKAYER:   Objection as to form.

12                   "ANSWER:   I have no idea.

13                   "QUESTION:   The next question

14            is" --)

15                   MR. TOKAYER:   No, that's the

16            question.

17         A.      The answer is, before the lawsuit,

18    that was deleted.

19         Q.      I asked you a series of questions as

20    to when you deleted it and you said, I don't

21    remember; is that correct?

22                   MR. TOKAYER:   Objection.

23                   You have his testimony.

24                   MR. MEHLMAN:   No, no, this is --

25                   MR. TOKAYER:   No, I'm not going to

Page 397

1                    JONATHAN KATZ
2         have you asking -- this is a deposition --
3              MR. MEHLMAN:  This is a deposition
4         and your client testified he didn't
5         remember.  In fact, not only did he testify
6         he didn't remember, he says, How could I
7         remember?  Would you remember what happened
8         two years ago?
9              I could have the record read back if
10        you want to.  That's exactly what he said.
11        Now I'm delving into the fact --
12             MR. KLEIN:  Objection.  That's not
13        what he said.
14             MR. MEHLMAN:  Good.  You have your
15        record.
16             MR. KLEIN:  That's not what he said.
17        And you have yours.
18   BY MR. MEHLMAN:
19        Q.    Did something refresh your
20   recollection between when I asked you that
21   question four different times and you going
22   outside to talk to your lawyer?
23             MR. TOKAYER:  Objection as to form.
24        Q.    Did your lawyer refresh your
25   recollection as to the correct answer to that

Page 398

1                    JONATHAN KATZ

2    question, yes or no?

3                    MR. TOKAYER:  Objection.

4                    I'm directing him not to answer that

5            question.

6            Q.      Did Mr. Tokayer know about the

7    January -- excuse me -- the operational meeting

8    in 2010 that you taped?  Did he know you taped

9    that conversation?

10                   MR. TOKAYER:  Objection.

11                   Direct you not to answer.

12           Q.      Now, so now you remember that it was

13   before the commencement of the lawsuit; is that

14   correct?

15                   MR. TOKAYER:  Objection.

16                   He said now he remembers that it was

17           not after.

18           Q.      Do you remember when the lawsuit was

19   commenced?  What date was the lawsuit commenced?

20           A.      June of 2010 around about.

21           Q.      So it was before that?  You remember

22   that now?

23                   MR. KLEIN:  Which deletions, of

24           which operational meetings?

25                   Objection.

Page 399

1                    JONATHAN KATZ
2            MR. MEHLMAN:  I think he knows what
3       I'm talking about.
4            MR. KLEIN:  I don't think he does.
5    BY MR. MEHLMAN:
6       Q.    Your operational meeting from the
7    2010 season, it's your testimony that you now
8    remember that that was deleted before
9    January 10th; is that correct -- June 10th.
10           MR. TOKAYER:  He's testified to
11      that.
12           MR. MEHLMAN:  Excuse me.  He has to
13      testify, not you.
14           MR. TOKAYER:  He has testified.
15           MR. MEHLMAN:  After you told him,
16      Mr. Tokayer.
17           MR. TOKAYER:  I clarified the record
18      and corrected it.
19           MR. MEHLMAN:  No, you didn't.  You
20      knew about the recording, Mr. Tokayer, and
21      you clarified.  He said he didn't remember
22      55 different times, Mr. Tokayer.  You took
23      him outside.  That's something I have an
24      obligation to go into during the course of
25      this deposition, Mr. Tokayer.