Jonathan Katz

**From:** Peter Helfer [Phelf@nymets.com]
**Sent:** Wednesday, March 04, 2009 9:56 AM
**To:** jkatz@koshersportsinc.com
**Subject:** RE: Friday and Saturday Carts

Jonathan -- I cannot continue to go back and forth on this. Your previous hours of operation and the Kosher business practices set an investment benchmark and template. If you wanted to extend upon those hours, you should have addressed this when negotiating and we would have adjusted the investment level and made Nathans aware of this. You are also completely ignoring that we are not comfortable with the negative PR possibility.


Pete Helfer
Director, Corporate Sales and Services
Citi Field / New York Mets
Flushing, NY 11368
Office: 718-559-3126
Cell: 347-853-4573
phelfer@nymets.com

---

**From:** Jonathan Katz [mailto:jkatz@koshersportsinc.com]
**Sent:** Wednesday, March 04, 2009 9:48 AM
**To:** Peter Helfer
**Subject:** Re: Friday and Saturday Carts

Pete,

These were things that were agreed upon. Where in the contract does it say that I am only open Sunday thru Thursday? I am not extending my hours of operation and this certainly has nothing to do with Nathan's. My products will be kosher 7 days a week.
At no point have I disputed your efforts.

---

**From:** "Peter Helfer"
**Date:** Wed, 4 Mar 2009 09:43:46 -0500
**To:** <jkatz@koshersportsinc.com>
**Subject:** RE: Friday and Saturday Carts

Jonathan --

Adam and I have gone to bat for you on every request you have put forth. Contrary to what you believe, no partner of ours decides where their carts go, people don't have the right to just extend their categories, and people definitely don't have the unilateral decision making power to say that want to expand hours of operation when it infringes upon another sponsor (who pays incrementally for that right) and that causes a possible negative PR scenario.

Again, we have done nothing but fight for your every request, but not everyone sees it the same way as you. Not our head of marketing/communications, not Mike's boss and definitely not the people from Nathans.

I am sorry this doesn't seem like its going your way, but you have yet to step foot in this building when fans are walking the concourses, so you have nothing to be negative about. As I said a while back, we will continue to work for you and do our very best to accommodate if/when we can....that will not change.

Thanks
-Pete



Pete Helfer
Director, Corporate Sales and Services
Citi Field / New York Mets
Flushing, NY 11368
Office: 718-559-3126
Cell: 347-853-4573
phelfer@nymets.com

---

**From:** Jonathan Katz [mailto:jkatz@koshersportsinc.com]
**Sent:** Wednesday, March 04, 2009 9:29 AM
**To:** Peter Helfer
**Subject:** Re: Friday and Saturday Carts

Let me talk to the powers that be!

---

**From:** "Peter Helfer"
**Date:** Wed, 4 Mar 2009 09:17:49 -0500
**To:** <jkatz@koshersportsinc.com>
**Subject:** RE: Friday and Saturday Carts

Jonathan,

I have further discussed this with the powers that be, and although we truly appreciate and value your commitment to The New York Mets organization, we cannot approve this additional request. When you signed on as a long term Mets partner, you agreed to a particular set of terms. Given these tough times, we are doing our best to be accommodating, good partners because we want you to be encouraged to continue your relationship with our team. Although we have gone back and forth with each other on a few items, I think you can agree that we've shown our willingness to do what we can for Kosher Sports (i.e. – allowing beer sales, lowering the investment level to address joint cart locations, allowing you to purchase separate POS terminals), but this incremental request touches on too many issues that the organization is not comfortable with.

We are expecting great things in this new ballpark and believe that Kosher Sports will certainly achieve growth out of this relationship.

Thanks
-Pete

Pete Helfer
Director, Corporate Sales and Services
Citi Field / New York Mets
Flushing, NY 11368
Office: 718-559-3126
Cell: 347-853-4573
phelfer@nymets.com

---

**From:** Jonathan Katz [mailto:jkatz@koshersportsinc.com]
**Sent:** Monday, March 02, 2009 6:17 PM
**To:** Adam Barrick
**Cc:** Peter Helfer; Marc Katz; David Kestenbaum
**Subject:** RE: Friday and Saturday Carts
**Importance:** High

Adam,

I have had the privilege to have partnered with the Mets organization for the past three years and look forward to a mutually rewarding and successful partnership for many years to come.

Our mission is one and the same, to provide an excellent product and all around exceptional game experience to the Mets fans while maximizing sales and profit.
It is our business to examine ways in which to achieve these goals. As partners we need to look for mutual opportunities to prosper. During these extremely challenging economic times there are things we cannot control therefore we must search for other ways to grow, if not maintain, the level of sales we have achieved in years past. My proposal to expand the hours of service and provide Kosher food at EVERY game is mutually beneficial to all. We are giving a substantial amount of sponsorship dollars for a kosher vendor and I have tried to be as flexible as possible with making it happen, including accepting a sub standard location for one of my carts.

With regards to the PR perspective: Myself and Aramark fielded numerous complaints last year from non Sabbath observant Jews who attend Friday and Saturday games but do adhere to eating kosher and were unable to eat at the games. The OU is the most recognized kosher supervision company in the entire world and has the respect of both corporate America and the Jewish world so if they say it is okay there is no one who can argue with that. It is the equivalent of the Pope giving his approval. I doubt "PR" would be worried about a "Catholic" issue if the Pope gave it his blessing. If anything you are discrediting them by saying it is not good enough for you.

On the Nathan's exclusivity; Our product will be marketed as kosher on all days. The same products will be used on Friday and Saturday that are being used on all other days. Another concern I have is that I don't want my carts being moved. My carts at Shea suffered extensive damages as a result of them being moved by Aramark each weekend. I am paying a substantial sum of money for these carts. I am paying a substantial amount of money to sell my products from these locations. I should be entitled to maximize my sales from these locations.

As a valued partner I would like to request a meeting with all parties involved so that we may find a way for this to work for everyone in this partnership.

-Jonathan


Jonathan Katz
President and CEO
Kosher Sports Inc.
(201) 503-0161 (O)
(201) 658-1812 (C)
(201) 608-7161 (F)
jkatz@koshersportsinc.com
www.koshersportsinc.com

**From:** Adam Barrick [mailto:abarr@nymets.com]
**Sent:** Monday, March 02, 2009 1:40 PM
**To:** jkatz@koshersportsinc.com
**Cc:** Peter Helfer
**Subject:** Friday and Saturday Carts

Hi Jonathan,

After internal discussion, it's been decided that we cannot grant your request to run your carts during Friday and Saturday games at Citi Field. Despite the fact that you have approval from the Rabbis, there's still concern from a PR perspective

of having Kosher products sold here on those days. Also, by eliminating the Kosher branding and association on these days, there are concerns from a sponsorship perspective because you will now be infringing upon Nathan's exclusive non-kosher hot dog category. We apologize for not being able to help you out with this request. Please let me know if you have any questions.

AB

Adam Barrick
New York Mets- Corporate Sales and Partnerships
Citi Field
Flushing, NY 11368
Phone: 718-803-4009
Fax: 718-507-6395
abarr@nymets.com