**From:** Paul Schwartz - NY Mets [pauls@nymets.com]
**Sent:** Tuesday, May 18, 2010 5:18:49 PM
**To:** Paul Asencio; Peter Helfer; Adam Barrick; James Denniston
**CC:** Mike Landeen
**Subject:** FW: Friday Saturday

FYI

---

**From:** Funk, Tom [mailto:Funk-Tom@aramark.com]
**Sent:** Tuesday, May 18, 2010 5:12 PM
**To:** Paul Schwartz - NY Mets
**Subject:** FW: Friday Saturday

FYI

---

**From:** Jonathan Katz [mailto:jkatz@koshersportsinc.com]
**Sent:** Tuesday, May 18, 2010 5:10 PM
**To:** Funk, Tom
**Cc:** lklein@koshersportsinc.com
**Subject:** RE: Friday Saturday

Tom,

We are anxious to be open on Friday and Saturday, however at this point we will not know until Friday whether or not it has been cleared.

Sorry for the inconvenience this may be causing regarding scheduling.

I will keep you posted.

Thanks

Jon

Jonathan Katz

PLAINTIFF'S EXHIBIT
41
5/12/11

QBC0008087

President and CEO

Kosher Sports Inc.

(201) 658-1812 (O)

(201) 608-7161 (F)
jkatz@koshersportsinc.com

www.koshersportsinc.com

**From:** Funk, Tom [mailto:Funk-Tom@aramark.com]
**Sent:** Tuesday, May 18, 2010 4:54 PM
**To:** jkatz@koshersportsinc.com
**Subject:** Friday Saturday

Jon- We were just covering our staffing for this weekend and Anthony informed me that you plan on opening your locations Friday and Saturday. Can you let me know who approved this on the Mets side.

Thanks

Tom

*Tom Funk*

Division Manager of Concessions

*ARAMARK* at Citi Field

Home of the New York Mets

phone- 718-595-8101

fax- 718-899-7507

QBC0008089