```
 1                    (TRACK #2)
 2          MR. KATZ:  In August, and I just
 3    assumed since we didn't hear from you that
 4    Aramark didn't have a position one way or the
 5    other.  I was just --
 6          MR. KLECKNER:  I think we have a
 7    position now.  I'll back up.  What happened
 8    with the Mets in the off season is they
 9    obviously wanted me to bring in other people
10    to talk about the business.  I wouldn't bring
11    in other people to talk about the business
12    because we're in contract and you're not in
13    breach of anything with Aramark.
14          MR. KATZ:  Thank God.
15          MR. KLECKNER:  So --
16          MR. KATZ:  That's good.
17          MR. KLECKNER:  -- what I had pushed
18    back to them was to, instead of trying to
19    find another vendor because I wasn't going to
20    put any more  -- was to find a way to work
21    with you to come to mutually agreeable terms.
22    Now that was something they were supposed to
23    be working on.
24          MR. KATZ:  Well -- okay.  I guess
25    that's fair.  They are trying to do
```

```
 1                        (TRACK #2)
 2    something, but it's obviously one-sided
 3    but --
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  (TRACK #4)
 2          MR. KATZ:  Due to a certain degree,
 3   and obviously you'll tell me whether I could
 4   work here.
 5          MR. KLECKNER:  I'm hoping in the game
 6   of telephone message I passed back to Mike
 7   Landeen on Tuesday when we got back was a
 8   really clear, guys, we're in business with
 9   Kosher Sports.  You need to figure out your
10   piece of it.  That's (inaudible) the
11   direction we're going in.
12          MR. KATZ:  Right.
13          MR. KLECKNER:  So --
14          MR. KATZ:  But -- but you're telling
15   me that at some point, despite the judge's
16   ruling that they are not to interfere with
17   me, they come to -- even afterwards, come to
18   you and told you, hey, you know, let's try to
19   find somebody else.
20          MR. KLECKNER:  They would defend this
21   that they want to know their other options in
22   case something went south with you, so you
23   can see whatever.  But to cut through the
24   bullshit.  Yeah.
25          MR. KATZ:  Yeah.
```

8

1        (TRACK #4)
2        MR. KLECKNER:  They want to know what
3    their other options were.  So they could tell
4    you to pound sand or pay off or could ever,
5    fuck off, and they had something on the
6    shelf.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    (TRACK #6)
 2        MR. KLECKNER:  You know, and what I
 3   mean by that is when you go back to, you
 4   know, us, although off the record, pretty
 5   open with you about the fact that they wanted
 6   me to shop it and they wanted me terminate
 7   and bring in somebody else and that somebody
 8   else frankly would not have been in under a
 9   sponsorship agreement or --
10        MR. KATZ:  Right.
11        MR. KLECKNER:  It would have been a
12   much smaller one.  I mean so --
13
14
15
16
17
18
19
20
21
22
23
24
25
```