UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
KOSHER SPORTS INC.

-V-

QUEENS BALLPARK COMPANY
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 2 2011 ★

BROOKLYN OFFICE

ORDER
CV10-2618 (JBW)

The appeal from the Magistrate Judge's report and recommendation of August 26, 2011, will be heard on September 26, 2011, at 10:00 a.m.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 9/8/11