UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
KOSHER SPORTS INC.

      -v-

QUEENS BALLPARK CO. LLC
------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2011 ★
BROOKLYN OFFICE

CASE NUMBER:
CV10-2618 (JBW)

## NOTATION OF ADJOURNMENT

The _motion hearing_ scheduled for _9/26/11_ in the above captioned case has been adjourned to _10/7/11_ at _10:30 a.m._. *QBC's objection to the Magistrate Judge's M&O (if filed) will also be heard on 10/7/11.*

DATED: 9/21/11
Brooklyn, New York

Signed:

June P. Lowe
JUNE P. LOWE
CASE MANAGER

cc-: