IRA DANIEL TOKAYER, ESQ.
The Chrysler Building
405 Lexington Avenue
7th Floor
New York, New York 10174
TEL: (212) 695-5250
FAX: (212) 695-5450

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 03 2011 ★

BROOKLYN OFFICE

October 10, 2011

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted*
*JW 10/11/11*

    Re:    Kosher Sports, Inc. v. Queens Ballpark Company, L.L.C.,
             CV-10-2618 (JBW) (RLM)

Hon. Judge Weinstein:

        I am the attorney for Kosher Sports, Inc. ("KSI"), the plaintiff in this action. I write to request a mutually agreed-upon one-week extension of time until October 24, 2011, for plaintiff to file, as per the Court's direction of October 7, 2011, reply papers in further support of plaintiff's objections to the Magistrate's Report and Recommendation, dated August 26, 2011 (ECF - 90). Plaintiff requires a short extension of time because, since the Court issued its direction, plaintiff's counsel has been required to attend to personal matters relating to a family illness which has necessitated absence from the office.

        Currently, the reply papers must be filed by Monday, October 17, 2011. No prior request for an extension of time has been made. I have conferred with counsel for the defendant who consents to the request made herein. Thank you for your consideration.

                              Very truly yours,

                              /s/
                              Ira Daniel Tokayer

cc:    Avery S. Mehlman, Esq.

Court Ltr 07.wpd

