# HERRICK

NEW YORK

NEWARK

PRINCETON

AVERY S. MEHLMAN
PARTNER
Direct Tel:    212.592.5985
Direct Fax:   212.545.3424

Email:  amehlman@herrick.com

November 3, 2011

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:   *Kosher Sports Inc. v. Queens Ballpark Company, LLC* (No. 10-cv-2618)

Dear Judge Mann:

As counsel for defendant Queens Ballpark Company, LLC ("QBC") in the above-referenced matter, we write to respectfully request a two-week extension of the current deadlines for defendant's expert disclosure (November 18, 2011), the completion of expert discovery (December 16, 2011), and dispositive motions (January 16, 2012) as set forth in Your Honor's August 29, 2011 Scheduling Order. (*See* Docket # 89). A proposed Revised Scheduling Order is attached for the Court's consideration.

The parties have been engaging in substantive settlement negotiations and, to that end, would like to avoid incurring any further unnecessary costs associated with expert discovery which could ultimately be applied towards a settlement agreement.

We have conferred with plaintiff Kosher Sports, Inc.'s counsel and they have consented to this request. No prior requests for an extension of time as requested herein has been made. We are available to discuss this and any other matters at the Court's convenience.

Respectfully submitted,

Avery S. Mehlman

cc:    Ira Daniel Tokayer, Esq.

HERRICK, FEINSTEIN LLP

A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com
HF 6978468v.1 #12684/0007

REVISED SCHEDULING ORDER

Deadline for Defendant to serve Expert Report:            December 2, 2011

Date for completion of Expert Discovery:                  December 30, 2011

Date for filing Dispositive Motions:                      January 30, 2012

SO ORDERED:

_____
U.S.M.J.