UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOSHER SPORTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUEENS BALLPARK COMPANY, LLC, <br><br> Defendant. | Civil Action No. CV-10-2618 (JBW) (RLM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Steven M. Hecht of Lowenstein Sandler PC, counsel on behalf of non-party Aramark Sports and Entertainment Services, LLC ("Aramark"). The Court and counsel are requested to update their service lists with the undersigned's information as follows:

> Steven M. Hecht (SH0414)
> shecht@lowenstein.com
> Lowenstein Sandler PC
> 1251 Avenue of the Americas
> New York, New York  10020
>          -&-
> 65 Livingston Avenue
> Roseland, New Jersey  07068
> Telephone: 973.597.2380
> Facsimile:   973.597.2381

-2-

Dated: November 4, 2011
New York, New York

**LOWENSTEIN SANDLER PC**

By: s/ Steven M. Hecht
Steven M. Hecht (SH0414 )
1251 Avenue of the Americas
New York, New York 10020

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
Tel.: 973.597.2500
Fax: 973.597.2400
shecht@lowenstein.com

*Attorneys for Aramark Sports and
Entertainment Services, LLC ("Aramark")*