FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| KOSHER SPORTS, INC., | ORDER |
|---|---|
| Plaintiff, | 10-CV-2618 |
| – against – | |
| QUEENS BALLPARK COMPANY, LLC, | |
| Defendant. | |

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record at a hearing conducted on November 7, 2011, plaintiff Kosher Sports motion requesting that the court hold defendant Queens Ballpark Company and non-party Aramark Sports and Entertainment Services in contempt is denied.

A hearing on the parties' dispositive motions and their responses and replies to those motions will be held on February 21, 2012, at 10 a.m. Assuming that the court does not grant either party's dispositive motion, *in limine* motions are to be returned no later than February 24, 2012, at 10 a.m. By that date, the parties shall provide each other with lists of witnesses and summaries of their proposed testimony, lists of marked exhibits, expert reports, proposed jury charges, and proposed findings of facts and law. Jury selection and trial will begin on February 27, 2012.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: November 9, 2011
Brooklyn, New York

