<u>REVISED SCHEDULING ORDER</u> on consent

| | |
|---|---|
| Deadline for Defendant to serve Expert Report: | December 9, 2011 |
| Date for completion of Expert Discovery: | January 6, 2012 |
| Date for filing Dispositive Motions: | January 30, 2012 |

The Court is available to mediate further settlement discussions if they request that it do so.

SO ORDERED:

/s/ Roanne L. Mann
U.S.M.J.

11/29/11