UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KOSHER SPORTS, INC.,                              : CASE NO.: CV-10-2618 (JBW)(RLM)
                                                  :
                              Plaintiff,          : ORAL ARGUMENT REQUESTED
                                                  :
        -against-                                 :
                                                  : **NOTICE OF MOTION FOR**
QUEENS BALLPARK COMPANY, LLC,                     : **JUDGMENT ON THE PLEADINGS**
                                                  :
                              Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the Declaration of Avery S. Mehlman, Esq. in Support of Defendant's Motions for Judgment on the Pleadings and for Summary Judgment, dated January 30, 2012, together with the exhibits annexed thereto, the accompanying Memorandum of Law and upon all the pleadings and proceedings heretofore had herein, defendant Queens Ballpark Company, LLC ("QBC"), by and through its counsel, Herrick, Feinstein LLP, shall move this Court before the Honorable Jack B. Weinstein, United States District Judge at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an Order granting QBC's motion for judgment on the pleadings, pursuant to F.R.C.P. Rule 12(c), dismissing plaintiff's complaint for failure to join an indispensable party, or in the alternative, ordering plaintiff to join Aramark Sports and Entertainment Services, LLC, and for such other relief as this Court deems just and proper.

Dated: New York, New York
January 30, 2012

        HERRICK, FEINSTEIN LLP
        By: /s/Avery S. Mehlman
        Avery S. Mehlman, Esq.
        Jonathan L. Adler, Esq.
        2 Park Avenue
        New York, New York  10016
        (212) 592-1400
        *Attorneys for Defendant Queens Ballpark Company, LLC*