UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOSHER SPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUEENS BALLPARK COMPANY, LLC, <br><br> Defendant. | CASE NO. 10-CV-2618 (JBW)(RLM) |

**DECLARATION OF NATHAN HOLCOMB IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dated: Armonk, New York
       January 30, 2012

                            BOIES, SCHILLER & FLEXNER LLP
                            Edward Normand
                            Jason Cyrulnik
                            Nathan Holcomb
                            333 Main Street
                            Armonk, New York 10504
                            (914) 749-8200

                            *Counsel for Plaintiff*

I, Nathan A. Holcomb, an attorney admitted to practice before this Court, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm of Boies, Schiller & Flexner LLP and counsel for Plaintiff in the above-entitled action. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence dated January 23, 2008 designated as Plaintiff's Deposition Exhibit 6.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email bearing document production numbers QBC0003895 – 0003896.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Greg Stangel dated May 25, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Concession License Agreement designated as Plaintiff's Deposition Exhibit 74A.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email and attachment bearing production numbers QBC0006294 – 0006296.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email bearing production numbers QBC0007837 – 0007841.

8. Attached hereto as Exhibit 7 is a true and correct copy of correspondence dated February 19, 2009 bearing document production number QBC0001840.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email bearing document production number QBC0009501.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email bearing document production numbers QBC0009540 – 0009544.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email bearing document production numbers QBC0007977 – 0007979.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email bearing document production numbers QBC0007921 – 0007924.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email bearing document production numbers 648 – 649.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email bearing document production numbers QBC0008030 – 0008031.

15. Attached hereto as Exhibit 14 is a true and correct copy of an email bearing document production numbers 642 – 643.

16. Attached hereto as Exhibit 15 is a true and correct copy of an email bearing document production numbers 607 – 608.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email and attachment designated as Plaintiff's Exhibit 78 and bearing document production number QBC0014087.

18. Attached hereto as Exhibit 17 is a true and correct copy of correspondence from James Denniston to Jonathan Katz dated July 1, 2010.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Expert Report of Thomas Schopflocher dated October 7, 2011.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Expert Report of Timothy L. Day dated December 9, 2011.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the deposition of Jonathan Katz dated May 9, 2011.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Kosher Sports and Jak Ices 2009 Sponsorship Activation Plan bearing document production numbers QBC0001882 – QBC0001888.

23. Attached hereto as Exhibit 22 is a true and correct copy of an email bearing document QBC0008041 – QBC0008044.

24. Attached hereto as Exhibit 23 is a true and correct copy of a press release dated August 7, 2008 bearing document production number QBC0001177.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: January 30, 2012
       Armonk, New York


_____
Nathan A. Holcomb