UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KOSHER SPORTS, INC. ,

          Plaintiff,

vs.

QUEENS BALLPARK COMPANY, LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 10cv2618

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jonathan L. Adler of the law firm Herrick, Feinstein LLP, hereby appears in this action as counsel on behalf of defendants Queens Ballpark Company, LLC in the above-captioned action, and certifies that he is admitted to practice in this Court, and requests that all notice given or required to be given in this action, and all papers served or required to be served in this action be given to and served upon the undersigned at the below address.

Dated: January 31, 2012

                                    HERRICK, FEINSTEIN LLP

                              By: _____/s/_____
                                    Jonathan L. Adler
                                    2 Park Avenue
                                    New York, NY 10016
                                    (212) 592-1400 (Phone)
                                    (212) 592-1500 (Fax)
                                    *jadler@herrick.com*
                                    *Attorneys for Queens Ballpark Company, LLC*