AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kosher Sports, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. CV-10-2618 (JBW)(ALC) |
| Queens Ballpark Company, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kosher Sports, Inc.

Date: 02/16/2012

*Attorney's signature*

Jason Cyrulnik (JC1522)
*Printed name and bar number*

Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504

*Address*

jcyrulnik@bsfllp.com
*E-mail address*

(914) 749-8200
*Telephone number*

(914) 749-8300
*FAX number*