UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KOSHER SPORTS, INC.,

                Plaintiff,                    **ORDER**

       -against-                      10-CV-2618 (JBW)

QUEENS BALLPARK COMPANY, LLC,

                Defendant.
----------------------------------------------------------------x

      In his Memorandum and Order dated February 21, 2012 ("M&O"), ECF Docket Entry ("DE") #139, Judge Jack B. Weinstein referred the above matter to the undersigned magistrate judge to prepare a report and recommendation on damages "and the future responsibilities of the parties, if any, under [their January 2008] Contract." M&O at 4. In order to avoid further, possibly unnecessary, litigation, the parties are directed to confer in good faith in an effort to resolve (or at least enter into a stipulation regarding) the matters that have been referred to this Court. The parties are further directed to submit a status report by March 5, 2012 and, if they have reached a stalemate, to file a joint proposed schedule for further proceedings in the case.

      **SO ORDERED.**

Dated:    Brooklyn, New York
            February 27, 2012

                                          **ROANNE L. MANN**
                                          **UNITED STATES MAGISTRATE JUDGE**