UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KOSHER SPORTS, INC.,

                          Plaintiff,                    ORDER

          -against-                                     10-CV-2618 (JBW)

QUEENS BALLPARK COMPANY, LLC,

                          Defendant.
------------------------------------------------------------------x

   The Stipulation filed by the parties and so-ordered by this Court reflects the parties'

agreement as to the amount of damages now due to QBC from KSI; it does not, however,

address the other issues identified by Judge Weinstein in his February 21st Memorandum and

Order and the undersigned magistrate judge in her Status Report Order of February 27: i.e.,

"the future responsibilities of the parties, if any, under [their January 2008] Contract." The

parties are directed to file a report by March 16, 2012 regarding the status of their efforts to

reach agreement on that issue.

    **SO ORDERED.**

Dated: Brooklyn, New York
    March 14, 2012


         ROANNE L. MANN
         UNITED STATES MAGISTRATE JUDGE