**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**KOSHER SPORTS, INC.,**

                      Plaintiff,                **ORDER**

        -against-                        **10-CV-2618 (JBW)**

**QUEENS BALLPARK COMPANY, LLC,**

                      Defendant.
-------------------------------------------------------------x

      A telephone conference to address on any remaining issues in the case will be held on March 21, 2012, at 9:30 a.m.  Defense counsel is directed to initiate the call.

      **SO ORDERED.**

Dated:    Brooklyn, New York
             March 20, 2012

                                        **ROANNE L. MANN**
                                        **UNITED STATES MAGISTRATE JUDGE**