**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: Mar. 21, 2012
START: 9:30 a.m.
END: 10:05 A.M.

DOCKET NO: 10-CV-2618 (JBW)

CASE: Kosher Sports, Inc. v. Queens Ballpark Company, Inc.

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
_✓_ TELEPHONE CONFERENCE (recorded)

FOR PLAINTIFF: Ted Normand + Jason Cyrulnik

FOR DEFENDANT: Avery Mehlman

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
___ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court hears argument on whether there are any open issues in the case in light of the parties' stipulation (DE #143). The parties dispute whether their stipulation resolves the case. They shall confer and, by tomorrow, file a joint proposed briefing schedule.