# HERRICK

NEW YORK
NEWARK
PRINCETON

AVERY S. MEHLMAN
**PARTNER**
Direct Tel: 212.592.5985
Direct Fax: 212.545.3424

Email: amehlman@herrick.com

March 22, 2012

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Kosher Sports Inc. v. Queens Ballpark Company, LLC</u> (No. 10-cv-2618)

Dear Judge Mann:

      As counsel for defendant Queens Ballpark Company, LLC ("QBC") in the above-referenced matter, we write jointly on behalf of QBC and plaintiff Kosher Sports Inc. to propose that each party submit a brief on or before April 18, 2012, with respect to the open matters addressed during yesterday's telephonic conference with the Court.

      We are available to discuss this and any other matters, should the Court so desire.

                           Respectfully submitted,
                           /s/ Avery S. Mehlman

cc:    Ted Normand, Esq.
       Jason Cyrulnik, Esq.

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com
HF 7292664v.1 #12684/0007