FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KOSHER SPORTS, INC.,

                              JUDGMENT
                              10-CV- 2618 (JBW)

                    Plaintiff,

   -against-

QUEENS BALLPARK COMPANY, LLC,

                    Defendant.
-----------------------------------------------------------------X

        An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on May 17, 2012, adopting the unopposed Report and Recommendation of Magistrate Judge Roanne L. Mann, dated March 27, 2012; and directing the Clerk of Court to enter judgment (1) dismissing the claims of Kosher Sports, Inc., (2) awarding Queens Ballpark Company, LLC $55,000.00 on its first counterclaim (for breach of contract), said amount inclusive of interest as well as costs and disbursements; and (3) dismissing the second and third counterclaims of Queens Ballpark Company, LLC, as duplicative of the breach of contract counterclaim; it is

        ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Kosher Sports, Inc. are dismissed; that Defendant Queens Ballpark Company, LLC, is awarded $55,000.00 on its first counterclaim (for breach of contract), said amount inclusive of interest as

JUDGMENT 10-CV-2618 (JBW)

well as costs and disbursements; and that the second and third counterclaims of Queens Ballpark Company, LLC, is dismissed as duplicative of the breach of contract counterclaim.

Dated: Brooklyn, New York
May 18, 2012

Douglas C. Palmer
Clerk of Court

by: s/Michele Gapinski
Michele Gapinski
Chief Deputy for
Court Operations